UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO.: 7:23-CR-1370 |
| | § | |
| ALEX SANTOS-LOPEZ | § | |
| JOSE LUIS PACHECO | | |

**ADVISORY TO THE COURT REGARDING FORFEITURE**

Now comes the United States in the above reference cause for the purpose of advising the Court of its intent to not seek a final order of criminal forfeiture for:

**Firearms:**

| # | Make | Model | Caliber | Serial # | Type |
|---|---|---|---|---|---|
| 1 | Beretta | 92A1 | 9mm | BIN012176 | Handgun |
| 2 | Colt | Woodsmen | .22 LR | 83013-S | Handgun |
| 3 | Walther | PPQ | .22 LR | PP033538 | Handgun |
| 4 | Walther | WMP | .22 WMR | WT008132 | Handgun |
| 5 | Glock | 45 | 9mm | BUVS829 | Handgun |
| 6 | Feg | PJK-9HP | 9mm | B88150 | Handgun |
| 7 | Beretta | 92FS | 9mm | A053086Z | Handgun |
| 8 | Glock | 45 | .9mm, | BRCB332 | Handgun |
| 9 | Browning | Buckmark | .22 LR | US515YY13241 | Handgun |
| 10 | Browning | 6754 | .380 Auto | 15533 | Handgun |
| 11 | Beretta | 92FS | 9mm | BER108071 | Handgun |
| 12 | Rock Island Armory | M1911 A1 | 9mm | RIA2383900 | Handgun |
| 13 | Colt | Challenger | .22 LR | 43443-C | Handgun |
| 14 | Glock | 19X | 9mm | BZCP735 | Handgun |
| 15 | Glock | 19 | 9mm | BUNZ842 | Handgun |
| 16 | Glock | 43X | 9mm | BNEL070 | Handgun |
| 17 | Ruger | SR22 | .22 LR | 361-37801 | Handgun |
| 18 | Walther | P22 | .22 LR | WA184992 | Handgun |
| 19 | Heritage | Barkeep | .22 | 1BH525092 | Handgun |
| 20 | Glock | 17 | 9mm | CS711US | Handgun |
| 21 | Glock | 44 | .22 | AGYZ252 | Handgun |
| 22 | Beretta | 85F | 9mm short | F00734Y | Handgun |
| 23 | Taurus | PT 92 AFS | 9mm | TNB48421D | Handgun |
| 24 | Glock | Model 17 | 9mm | BNXP681 | Handgun |
| 25 | Browning | N/A | .22 Pistol | 72N17204 | Handgun |
| 26 | Glock | 19 | 9mm | BXRH446 | Handgun |
| 27 | Glock | 44 | .22 | AHCT305 | Handgun |
| 28 | Ruger | Security 9 | 9mm | 384-06109 | Handgun |

| # | Make | Model | Caliber | Serial | Type |
|---|---|---|---|---|---|
| 29 | Glock | 17 | 9mm | BVBK945 | Handgun |
| 30 | Glock | 45 | 9mm | BPUM293 | Handgun |
| 31 | Glock | 44 | .22 | AHAX315 | Handgun |
| 32 | Century Arms | N/A AK 47 variant | 7.62x39mm | SV7088818 | Longarm |
| 33 | Ruger | 10/22 | .22LR | 0024-40424 | Longarm |
| 34 | Sig Sauer | 522 | N/A | 32A002641 | Longarm |
| 35 | Pioneer Arms | AK47n variant | 7.62x39mm | PAC118871623F | Longarm |
| 36 | Intrac Arms | AK47 | 7.62x39mm | 1997-6769 | Longarm |
| 37 | Morrissey Inc | AAM AK47 | 7.62x39mm | AA011404 | Longarm |
| 38 | Norinco | MAK-90 Sporter | 7.62x39mm Rifle | 9456612 | Longarm |
| 39 | Nodak Spud LLC | NDS-1 | 7.62x39mm | F010903 | Longarm |
| 40 | Pioneer Arms | Sporter | 7.62x39mm | PAC1188768 | Longarm |
| 41 | Romarm - Cugir | WASR-10 | 7.62x39mm | 1-93873-11 RO | Longarm |
| 42 | Norinco | MAK-90 Sporter | 7.62x39mm | 9412380 | Longarm |
| 43 | Romarm - Cugir | WASR-10 | 7.62x39mm | AF-2660-81 | Longarm |
| 44 | Stoeger | 2000 | 12-gauge shotgun | 638713 | Longarm |
| 45 | Ruger | 10/22 | .22 LR | 0024-40471 | Longarm |
| 46 | Marlin | 60 | .22LR | MM09056L | Longarm |
| 47 | Beretta | 92FS | 9mm | A298030Z | Handgun |
| 48 | Beretta | 92FS | 9mm | M89363Z | Handgun |
| 49 | Armes Unique | D6 | .22LR | 688312 | Handgun |
| 50 | Smith and Wesson | 380 Shield EZ | .380 Auto | RCU2931 | Handgun |
| 51 | Beretta | Nano | 9mm | NU007175 | Handgun |
| 52 | Ruger | MK2 | .22 | 222-42967 | Handgun |
| 53 | Beretta | 21A | .22 LR | BCS01116U | Handgun |
| 54 | American Tactical | Firefly | .22 LR | F443926 | Handgun |
| 55 | S&W | 9 Shield EZ | 9mm | REY7629 | Handgun |
| 56 | Browning | 191122 | .22 | 51EYZ51402 | Handgun |
| 57 | Beretta | 24F | 9mm Short | E46355Y | Handgun |
| 58 | Ruger | 57 | 5.7x28mm | 64384664 | Handgun |

| | | | | | |
|---|---|---|---|---|---|
| 59 | Ruger | 57 | 5.7x28mm | 642-01292 | Handgun |
| 60 | Kel-tec | PMR-30 | .22 | WF881 | Handgun |
| 61 | Walther | SP22 M1 | .22 LR | EP004462 | Handgun |
| 62 | Glock | 19 | 9mm | BWWG405 | Handgun |
| 63 | Glock | 48 | 9mm | BXUS606 | Handgun |
| 64 | Beretta | 92FS | 9mm | BER578498 | Handgun |
| 65 | Ruger | 57 | 5.7x28mm | 641-35798 | Handgun |
| 66 | Beretta | 92FS | 9mm | A034741Z | Handgun |
| 67 | Beretta | 92FS | 9mm | A266576Z | Handgun |
| 68 | Canik | TP9 | 9mm | T6472-21 BC 72711 | Handgun |
| 69 | Walther | Gold cup | .22 | WD019267 | Handgun |
| 70 | Glock | 44 | .22 | AGXV951 | Handgun |
| 71 | Glock | 19X | 9mm | BXZC808 *slide serial #: BHWV622 | Handgun |
| 72 | S&W | SD9 | 9mm | FDB5089 | Handgun |
| 73 | Beretta | 80X | 9mm Short | Y000818X | Handgun |
| 74 | Glock | 44 | .22 | AFRD333 | Handgun |
| 75 | Taurus | G3 | 9mm | ADD281174 | Handgun |
| 76 | Canik | TP9 | 9mm | T6472-20 BH 09982 | Handgun |
| 77 | Glock | 19 | 9mm | BSKV677 | Handgun |
| 78 | Walther | P22 | .22 | WA188878 | Handgun |
| 79 | Beretta | Pico | .380 Auto | PC047384 | Handgun |
| 80 | Glock | 19 | 9mm | RAP823 | Handgun |
| 81 | Beretta | 19FS | 9mm | K95057Z *Barrel Serial #: 054709Z | Handgun |
| 82 | S&W | MP 22 | .22 | MP146450 | Handgun |
| 83 | Beretta | 80X | .380 Auto | Y003098X | Handgun |

| 84 | Beretta | 92FS | 9mm | BER189761 | Handgun |
|---|---|---|---|---|---|
| 85 | Ruger | Sercurity 9 | 9mm | 384-67464 | Handgun |
| 86 | Colt | Conversion Unit | .22 LR | 2942538 | Handgun |
| 87 | Ruger | SR22 | .22 | 363-28476 | Handgun |
| 88 | Beretta | Nano | 9mm | NU030670 | Handgun |
| 89 | American Tactical | Firefly | .22 | F439213 | Handgun |
| 90 | Colt | Woodsmen | .22 LR | 12284-S | Handgun |
| 91 | Colt | Woodsmen | .22 | 025394S | Handgun |
| 92 | Colt | Woodsmen | .22 | 11476-S | Handgun |
| 93 | Bersa | 383 | .380 | 133885 | Handgun |
| 94 | Ruger | LCP | .380 | 372345787 | Handgun |
| 95 | Remington | 870 | 12-gauge shotgun | RS10394X | Longarm |
| 96 | Winchester | 1400 MII | 12-gauge shotgun | N562608 | Longarm |
| 97 | Remington | Express Magnum | 12-gauge shotgun | B443706U | Longarm |
| 98 | Remington | 1100 | 12-gauge shotgun | L822376V | Longarm |
| 99 | Remington | 1100 | 12-gauge shotgun | N470053V | Longarm |
| 100 | Remington | 870 | 12-gauge shotgun | 523409 | Longarm |
| 101 | Mossberg | 702 Plinkster | .22 | E113066605 | Longarm |
| 102 | Remington | 1100 LW | 20 gauge | M155067K | Longarm |
| 103 | Colt | AR15 SP1 | .223 | SP162142 | Longarm |
| 104 | S&W | M&P 15-22 | .22 LR | JAW5309 | Longarm |
| 105 | Anderson Manufa | AM-15 | Multi Caliber | 21401637 | Longarm |
| 106 | S&W | M&P 15-22 | .22 LR | LAA8646 | Longarm |
| 107 | Russian American Armory Company SAIGA | AK47 | 7.62x3mm | H08101271 | Longarm |
| 108 | Mossberg | 88 | 20-gauge shotgun | MV45711V | Longarm |
| 109 | Remington | 870 | 12-gauge shotgun | S747610V | Longarm |

| 110 | Western Field | 60 | 12-gauge shotgun | SB620-A | Longarm |
| --- | --- | --- | --- | --- | --- |
| 111 | Mossberg | 500A | 12-gauge shotgun | P176181 | Longarm |
| 112 | Benelli | Nova | 12-gauge shotgun | Z007928 | Longarm |
| 113 | Ruger | 10/22 | .22 LR | 253-31351 | Longarm |
| 114 | Remington | 870 | 20-gauge shotgun | A516711U | Longarm |
| 115 | New England | Paroner | 410-gauge shotgun | NP258331 | Longarm |
| 116 | Remington | 770 Riffle | 30-06 | M71958002 | Longarm |
| 117 | Winchester | 190 | .22 cal | B2182568 | Longarm |
| 118 | Ruger | 10/22 | 22 LR | 241-61562 | Longarm |
| 119 | Stoeger | 3500 | 12-gauge shotgun | 75-H21YT-11810 | Longarm |
| 120 | Anderson Manufacturer | AM-15 | Multi Caliber | 21145978 | Longarm |
| 121 | New England | SB1 | 410 gauge | NE241133 | Longarm |
| 122 | Ruger | 10/22 | .22 LR | 2363414 | Longarm |
| 123 | Ruger | 10/22 | .22 LR | 0023-63487 | Longarm |
| 124 | Ruger | 10/22 | .22 LR | 0023-63476 | Longarm |
| 125 | Ruger | 10/22 | .22 LR | 0023-41261 | Longarm |
| 126 | Marlin | 60 | .22 LR | MM03491H | Longarm |
| 127 | Remington | 514 | .22 LR | No Serial # | Longarm |
| 128 | Remington | 550-1 | .22 LR | No Serial # | Longarm |
| 129 | Remington | 1100 LT-20 | 20-gauge shotgun | N943682K | Longarm |
| 130 | Remington | Wingmaster | 20-gauge shotgun | V103885V | Longarm |
| 131 | Mossberg | 500A | 12-gauge shotgun | J424886 | Longarm |
| 132 | Ruger | 10/22 | .22 LR | 0023-63537 | Longarm |
| 133 | Ruger | 10/22 | .22 LR | 0023-63482 | Longarm |
| 134 | Winchester | 255 | .22 WIN (Winchester) | 474857 | Longarm |
| 135 | Remington | 241 speedmaster | .22 LR | 33557 | Longarm |

| | | | | | |
|---|---|---|---|---|---|
| 136 | Remington | 552 Speedmaster | .22 | No Serial # | Longarm |
| 137 | Rossi | Rio Bravo | .22 LR | 7CL052172R | Longarm |
| 138 | Ruger | 10/22 | .22 LR | 0023-63479 | Longarm |
| 139 | Ruger | 10/22 | .22 LR | 0023-63567 | Longarm |
| 140 | Ruger | 10/22 | .22 LR | 0023-63585 | Longarm |
| 141 | Citadel | | 12-gauge shotgun | 21SAKR57129 | Longarm |
| 142 | No visible make | looks like homemade gun | 12-gauge shotgun | 157201Q | Longarm |
| 143 | Ruger | 10/22 | .22 LR | 0023-63297 | Longarm |
| 144 | Ruger | 10/22 | .22 LR | 0022-75827 | Longarm |
| 145 | Ruger | 10/22 | .22 LR | 0023-62824 | Longarm |
| 146 | Ruger | 10/22 | .22 LR | 0024-30673 | Longarm |
| 147 | H&K | HK416D | .22 LR | HB049901 | Longarm |
| 148 | Savage Arms | Savage 62 | .22 LR | 4386025 | Longarm |
| 149 | Winchester | 1200 | 12-gauge shotgun | L759845 | Longarm |
| 150 | Mossberg | M500 | 410 gauge shotgun | V0970484 | Longarm |
| 151 | Marlin | 60 | .22 LR | 13442554 | Longarm |
| 152 | Ruger | 10/22 | .22 LR | 0023-63578 | Longarm |
| 153 | Browning | Invector plus | 20-gauge shotgun | 06755MV121 | Longarm |
| 154 | Rossi | Rio Bravo | .22 LR | 7CL036786P | Longarm |
| 155 | Stevens Sun City Machinery | 320 | 20-gauge shotgun | 215053T | Longarm |
| 156 | Ruger | 10/22 | .22 LR | 0019-21088 | Longarm |
| 157 | Rossi | Rio Bravo | .22 LR | 7CG014857N | Longarm |
| 158 | Remington | 700 | .223 Remington | G6527345 | Longarm |
| 159 | Remington | Wingmaster 870 | 12-gauge shotgun | S374839V | Longarm |
| 160 | Remington | 1100 | 12-gauge shotgun | M815847V | Longarm |

| | | | | | |
|---|---|---|---|---|---|
| 161 | Winchester | 1300 Defender | 12-gauge shotgun | L3355382 | Longarm |
| 162 | Ruger | 10/22 | .22 LR | 0024-40378 | Longarm |
| 163 | Ruger | 10/22 Carbine | .22 LR | 125-34779 | Longarm |
| 164 | Benelli | Supernova | 12-gauge shotgun | Z0953093E20 | Longarm |
| 165 | Remington | 870 Wingmaster | 12 gauge shotgun | T187450X | Longarm |
| 166 | Winchester | 1200 | 12-gauge shotgun | L526266 | Longarm |
| 167 | Stevens Sun City Machinery | unknown | 12 gauge shotgun | 212340T | Longarm |
| 168 | Ruger | 10/22 | .22LR | 2266740 | Longarm |
| 169 | Ruger | 10/22 | .22LR | 0023-63486 | Longarm |
| 170 | Browning | 271103 | 12-gauge shotgun | E50338 | Longarm |
| 171 | Remington | 1100 | 12-gauge shotgun | M767806V | Longarm |
| 172 | Ruger | 10/22 | .22 LR | 0024-39715 | Longarm |
| 173 | Ruger | 10/22 | .22 LR | 0023-63493 | Longarm |
| 174 | Mossberg | 500 tactical | 12-gauge shotgun | V1333571 | Longarm |
| 175 | Remington | 550 | .22 LR | No Serial # | Longarm |
| 176 | Marlin | 60 | .22 LR | 20500324 | Longarm |
| 177 | Remington | 550 | .22 | No Serial # | Longarm |
| 178 | Ruger | 10/22 | .22 LR | 826-94547 | Longarm |
| 179 | Remington | 550 | .22 LR | No Serial # | Longarm |
| 180 | Stevens Sun City Machinery | 320 | 20-gauge shotgun | 215153T | Longarm |
| 181 | Ruger | 10/22 | .22 LR | 0024-40422 | Longarm |
| 182 | Typhoon Defense | | 12-gauge shotgun | 21-A3128 | Longarm |
| 183 | Remington | 870 Wingmaster | 12-gauge shotgun | T675120V | Longarm |
| 184 | Stevens Sun City Machinery | 320 | 20-gauge shotgun | 211073T | Longarm |
| 185 | Ruger | 10/22 | .22 LR | 0018-18330 | Longarm |
| 186 | unknown | unknown | .22 LR | D830984 | Longarm |

| 187 | Remington | 510 Targetmaster | .22 LR | No Serial # | Longarm |
|---|---|---|---|---|---|
| 188 | Sturm Ruger | Target Ranch Riffle | .223 | 582-00295 | Longarm |
| 189 | Remington | M887 | 12-gauge shotgun | AAE092941A | Longarm |
| 190 | Remington | 511 Scoremaster | .22 LR | No Serial # | Longarm |
| 191 | Remington | Sportmaster | .22 LR | No Serial # | Longarm |
| 192 | Stevens | 320 | 20-gauge shotgun | 213290U | Longarm |
| 193 | Marlin | 6080 | .22 LR | 20469191 | Longarm |
| 194 | Norinco | MAK-90 Sporter | 7.62x39mm | 94140896 | Longarm |
| 195 | Ruger | 10/22 | .22 LR | 248-20333 | Longarm |
| 196 | Winchester | 69A | .22 LR | No Serial # | Longarm |
| 197 | Remington | Scoremaster | .22 LR | No Serial # | Longarm |
| 198 | Ruger | 10/22 | .22 LR | 246-88363 | Longarm |
| 199 | Ruger | 10/22 | .22 LR | 0016-75094 | Longarm |
| 200 | Ruger | 10/22 | .22 LR | 0023-63569 | Longarm |
| 201 | Remington | 1100 | 12-gauge shotgun | M359499V | Longarm |
| 202 | Winchester | 1300 Ranger | 20-gauge shotgun | L2410920 | Longarm |
| 203 | Remington | 870 | 12-gauge shotgun | CC98455D | Longarm |
| 204 | Ruger | American | .223 | 694-18860 | Longarm |
| 205 | Ruger | 10/22 | .22 LR | 0009-31855 | Longarm |
| 206 | Winchester | 1400 | 12-gauge shotgun | 142035 | Longarm |
| 207 | Remington | 870 | 20-gauge shotgun | A268830U | Longarm |
| 208 | Winchester | 1200 | 12-gauge shotgun | 441117 | Longarm |
| 209 | Mossberg | 835 Ulti-mag | 12-gauge shotgun | UM659598 | Longarm |
| 210 | Ruger | 10/22 | .22 LR | 0022-75830 | Longarm |
| 211 | unknown | unknown | .22 | A196022 | Longarm |

| | | | | | |
|---|---|---|---|---|---|
| 212 | Marlin | 60 | .22 LR | 4213675 | Longarm |
| 213 | Remington | 870 | 20-gauge shotgun | RS51390Y | Longarm |
| 214 | Remington | 1100 | 12-gauge shotgun | L249177V | Longarm |
| 215 | Rossi | SS Poly | 410-gauge shotgun | 7CS117218R | Longarm |
| 216 | Ruger | 10/22 | .22 LR | 0015-68642 | Longarm |
| 217 | Marlin | 60 | .22 LR | 27285006 | Longarm |
| 218 | Marlin | 60 | .22 LR | 6171373 | Longarm |
| 219 | Ruger | 10/22 | .22 LR | RCS1-14843 | Longarm |
| 220 | Remington | 1100 | 20-gauge shotgun | M743870X | Longarm |
| 221 | Ruger | 10/22 | .22 LR | 122695 | Longarm |
| 222 | Century Arms | VSKA | 7.62x39mm | SV7028042 | Longarm |
| 223 | Mossberg | 500E | .410 | T459816 | Longarm |
| 224 | Remington | unknown | 12-gauge shotgun | L3271018 | Longarm |
| 225 | Chiappa | 301 | 20-gauge shotgun | 21PA20V-4038 | Longarm |
| 226 | Stevens | 320 | 12-gauge shotgun | 0180662F | Longarm |
| 227 | Remington | 550 | .22 LR | No Serial # | Longarm |
| 228 | Remington 12-gauge shotgun/No Barrel | 870 Wingmaster | 12-gauge shotgun | V44708V | Longarm |
| 229 | Remington | 870 Wingmaster | 12 gauge shotgun | V053390X | Longarm |
| 230 | Remington | 870 Express Magnum | 12-gauge shotgun | A774767M | Longarm |
| 231 | Hatsan Arms Company | Escort | 12 gauge shotgun | 70-H21PT-006333 | Longarm |
| 232 | Stoeger | M3020 | 20-gauge shotgun | 1500346 | Longarm |
| 233 | Ruger | 10/22 | .22 LR | 828-05618 | Longarm |
| 234 | Ruger | 10/22 | .22 LR | 352-76212 | Longarm |
| 235 | Remington | 5504 | 22-gauge shotgun | 715482 | Longarm |
| 236 | Weatherby | unknown | 20 gauge shotgun | RM004915 *No barrel | Longarm |

| # | Make | Model | Caliber | Serial | Type |
|---|---|---|---|---|---|
| 237 | Remington | 870 Wingmaster | 12-gauge shotgun | AB520895U | Longarm |
| 238 | Rugger | 10/22 | .22 LR | 0024-09304 | Longarm |
| 239 | Winchester | 77 | .22 LR | No Serial # | Longarm |
| 240 | Marlin | 60 | .22 | 23598393 | Longarm |
| 241 | Winchester | 9422 XTR | .22 LR | F398189A | Longarm |
| 242 | Remington | 870 Express Magnum | 20-gauge shotgun | A339821U | Longarm |
| 243 | Remington | unknown | .22 LR | No Serial # | Longarm |
| 244 | Remington | Sportsmen 48 | 12-gauge shotgun | 3053991 | Longarm |
| 245 | Remington | 550 | .22 LR | No Serial # | Longarm |
| 246 | Marlin | 60 | .22 | 22440305 | Longarm |
| 247 | Remington | 550 | .22 LR | No Serial # | Longarm |
| 248 | Winchester | 74 | .22 LR | 372130A | Longarm |
| 249 | Remington | 550 | .22 LR | No Serial # | Longarm |
| 250 | Remington | 1100 | 20-gauge shotgun | N375680V | Longarm |
| 251 | Remington | 870 express magnum | 20 gauge shotgun | D138795U | Longarm |
| 252 | Winchester | 12 | 16-gauge shotgun | 1044451 | Longarm |
| 253 | Remington | 870 | 12 gauge shotgun | T721574X | Longarm |
| 254 | Remington | 870 Express Magnum | 12-gauge shotgun | C984861U | Longarm |
| 255 | Remington | unknown | .22 LR | No Serial # | Longarm |
| 256 | Remington | 870 | 12-gauge shotgun | V282266V | Longarm |
| 257 | Ruger | 10/22 | .22 LR | 0016-65623 | Longarm |
| 258 | Remington | 550 | .22 LR | PZZ9 | Longarm |
| 259 | S&W | 1000 | 12-gauge shotgun | FB44918 | Longarm |
| 260 | Remington | 550 | .22 LR | No Serial # | Longarm |
| 261 | Remington | 510 | .22 LR | No Serial # | Longarm |
| 262 | Ruger | 10/22 | .22 LR | 126-41509 | Longarm |
| 263 | ERMA-WERKE | EM122 | .22 | 46032 | Longarm |
| 264 | H&R | 1871 | 20-gauge shotgun | NZ745129 | Longarm |
| 265 | Remington | 550 | .22 LR | No Serial # | Longarm |

| 266 | Savage Arms | Savage 62 | .22 LR | 4368230 | Longarm |
| 267 | Remington | 550 | .22 LR | No Serial # | Longarm |
| 268 | Winchester | 74 | .22 LR | 333421A | Longarm |
| 269 | Marlin | 60 | .22 LR | 2103988 | Longarm |
| 270 | Remington | 1100 | 12-gauge shotgun | N304412V | Longarm |

Assorted Firearm Parts:

| | |
|---|---|
| (3) Remington 20-gauge shotgun barrels | Longarm Barrels |
| (1) Weatherby Element 20-gauge shotgun barrel | Longarm Barrel |
| (1) Benelli 12-gauge shotgun barrel | Longarm Barrel |
| (1) Winchester 20-gauge Shotgun Barrel 1400 | Shotgun Barrel |
| (1) Winchester 20-gauge shotgun barrel 1300 | Longarm Barrel |
| (1) Stevens 20-gauge shotgun barrel Model 320 | Longarm Barrel |
| (3) Remington Wooden Stocks | Stocks |
| (4) unnamed stocks | Stocks |
| (2) Marlin 22-gauge wooden stocks | Stocks |
| (1) Ruger Rifle stock | Stock |
| (1) Colt 1911 .45 caliber pistol slide with barrel | Pistol Mechanism |
| (1) Tasco Rifle scope | Scope |
| (1) Tactical Solutions 22-gauge pistol slide with barrel | Pistol Mechanism |
| (1) Beretta .22 LR Slide with barrel | Pistol Mechanism |
| (1) Konus Pro 4x32 PRC Optic Scope | Scope |
| (1) BSA 4x30 Optic Scope | Scope |
| (1) Tasco 24x40 scope | Scope |
| (1) TruGlo optic scope | Scope |
| (1) Proviel 4x32 scope | Scope |
| (1) Trailstalker rifle scope | Scope |
| (1) Bushnell Banner Rifle Scope | Scope |
| (1) Nitro Gas Port Scope 4x32 optic | Scope |
| (1) Bolt carrier | Pistol Mechanism |
| (1) Pistol Barrel 9mm | Pistol Mechanism |
| (1) Bolt Carrier | Pistol Mechanism |
| (1) Scoop Mounting Bracket | Pistol Mechanism |
| (1) Trigger Mechanism | Pistol Mechanism |
| (1) Polytac Streamlight Flashlight | Pistol Mechanism |
| (1) Mounting Rail | Pistol Mechanism |
| (1) Rifle Heat Shield | Pistol Mechanism |
| (3) Rubber Pistol Grips | Grips |
| (1) RVG MOE pistol grip | Grip |
| (1) Magpal MOE RKT Grip | Grip |
| (1) Magpal MOE RK Grip | Grip |
| (1) Hogue Grip | Grip |
| (2) Muzzle ends (unknown brand) | Pistol Mechanism |
| (3) Ruger .22 LR 50 round magazines | Magazines |
| (2) Tapco 7.62x39mm magazines | Magazines |
| (2) AC Unity 7.62x39mm magazines | Magazines |
| (2) KCI 30 round 5.56x48 Magazines | Magazines |
| (29) Ruger .22 LR 25 round magazines | Magazines |
| (5) 7.62x39mm Magazines | Magazines |
| (3) MOE 7.62x39mm Magazines | Magazines |

| | |
|---|---|
| (3) .22 LR S&W 25 round magazines | Magazines |
| (1) .223 Drum magazine | Magazine |
| (3). 22 LR magazines | Magazines |
| (3) Typhoon 12-gauge shotgun magazines | Magazines |
| (8) 7.62x39mm magazines, 30 rounds | Magazines |
| (1) 7.62x39mm magazine | Magazine |
| (1) 9mm PTZ9 magazine | Magazine |
| (1) Beretta .22 LR magazine | Magazine |
| (2) Beretta 9mm Magazine | Magazines |
| (13) Glock magazines 9mm | Magazines |
| (4) Beretta .380 auto magazines, 13 rounds | Magazines |
| (2) Magpull GL9 14 rounds | Magazines |
| (7) Colt .22 LR magazines, 25 rounds | Magazines |
| (12) Beretta 9mm 15 round magazines | Magazines |
| (5) No Brand 9mm magazines | Magazines |
| (7) Glock 9mm 15 round magazines | Magazines |
| (2) Walther .22 45 round magazines | Magazines |
| (6) 20 round 5.7x28mm Ruger magazines | Magazines |
| (2) Glock 9mm 10 round magazines | Magazines |
| (9) Glock magazines 10 round, .22 LR | Magazines |
| (6) Walther .22 LR magazines | Magazines |
| (1) Canik 9mm 18 round magazine | Magazine |
| (1) Hipower 9mm 15 round magazine | Magazine |
| (1) Beltec .22 caliber Magazine | Magazine |
| (2) .380 caliber magazine | Magazines |
| (1) .380 caliber magazine | Magazine |
| (1)PMAG .40 caliber 15 round magazine | Magazine |
| (1) 9mm 10 round magazine | Magazine |
| (1) S&W .380 8 round magazine | Magazine |
| (1) Ruger .380 6 round magazine | Magazine |
| (4) Ruger .22 caliber magazines | Magazines |
| (1) .380 Caliber 13 round magazine | Magazine |
| (1) Beretta 9mm 17 round magazine | Magazine |
| (1) Miscellaneous ammunition magazine | Magazine |
| (6) .22 LR magazines | Magazines |
| (1) Taurus 9mm magazine | Magazine |
| (1) PMA .40 caliber 17 round magazine | Magazine |
| (1) S&W .380 8 round magazine | Magazine |
| (1) .380 caliber magazine | Magazine |
| (1) Promag .22 LR 10 round magazine | Magazine |
| (1) Beretta 15 round magazine | Magazines |
| (1) Ruger 9mm 15 round magazine | Magazine |
| (1) Canik 9mm 18 round magazine | Magazine |
| (1) Tactical Solutions .22 LR 15 round magazine | Magazine |
| (1) S&W 9mm 15 round magazine | Magazine |
| (1) Shields Arms 9mm 15 round magazine | Magazine |
| (1) .22 LR magazine | Magazine |
| (1) Browning magazine .22 LR | Magazine |
| (1) .45 ACP Caliber Magazine | Magazine |
| (1) Keltec 9mm Magazine | Magazine |
| (1) Ruger Magazine .22 LR | Magazine |
| (2) Ruger 9mm 15 round magazines | Magazines |

| | |
|---|---|
| (1) S&W 9mm 8 round magazine | Magazine |
| (2) P8 Cal 13 round .380 auto magazine | Magazines |
| (2) Beretta 9mm magazines | Magazines |
| (1) Mec gar 9mm magazine | Magazine |
| (1) M&P S&W 9mm 8 round magazine | Magazines |
| (2) S&W .22 LR magazine | Magazines |
| (1) Browning .22 LR magazine | Magazine |
| (1) .22 caliber miscellaneous magazine | Magazine |
| (1) 6 round .22 caliber metal magazine | Magazine |
| (1) Ruger magazine Mini 14 | Magazine |
| (1) .22 caliber magazine | Magazine |
| (1) Erma .22 caliber magazine | Magazine |
| (1) .22 LR magazine | Magazine |
| (1) US Palm 7.62x39mm magazine | Magazine |
| (1) Rock River Arms 5.56x45mm magazine | Magazine |
| (1) Palmetto State Armory Magazine | Magazine |
| (1) PMAG 30 round 5.56x45mm magazine | Magazine |
| (1) ASC New Britain Ct Magazine | Magazine |
| (1) PMAG 40 round 5.56x45mm magazine | Magazine |
| (1) Butler Creek .22 magazine | Magazine |
| (1) Kel Tec PMR30 speed loader | Magazine |
| (2) Glock Mag speed loaders | Magazines |
| (36) Ruger 10/22 .22 magazine, 10 round | Magazines |
| (2) Remington Magazines | Magazines |
| (1) No brand magazine | Magazine |
| (1) Savage .22 Cal Magazine | Magazine |
| Vortex Razor Browning Buckmark .22 LR | Attachment to Line Item 009 |
| Laser, Model TSM-11G | Attachment to Line Item 016 |
| (1) Rifle Scope | Attachment to Line Item 116 |
| (1) Red Dot Sight, Mounted | Attachment to Line Item 147 |
| (1) Ruger .22 LR Barrel | Long Rifle Barrel |
| (5) Pistol grips, unknown brand | Grips |

The U.S. Department of Homeland Security (HSI) administratively forfeited the above-described property on November 27, 2023. A Final Order of Forfeiture is, therefore, no longer necessary.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: *s/ Tyler Foster*
TYLER FOSTER
Assistant United States Attorney
Southern District of Texas No: 3802443
Oklahoma: 34839
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Tel. (361) 888-3111   Fax (361) 888-3200
Email: tyler.foster2@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on June 26, 2024, a copy of this *Advisory to the Court Regarding Forfeiture* was served upon all parties of record via Electronic Case Filing (ECF).

*/s/ Tyler Foster*
Tyler Foster
Assistant United States Attorney